UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROBIOTIC HEALTH FOODS INCORPORATED, d/b/a NANA'S COOKIE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NANAJOES, LLC, a California limited liability company,<br><br>Defendant. | Case No.: 18cv164-LAB(BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER WITH MODIFICATIONS**<br><br>**[ECF No. 19]** |

On August 28, 2018, the parties filed a "Joint Motion Requesting Entry of Protective Order" requesting that the Court enter the parties' proposed Order. ECF No. 19. The Court has considered the Proposed Protective Order and, for good cause shown, the joint motion is **GRANTED** with the following modifications:

1. Paragraph 6 should read: "Before any MATERIALS are filed with the Court for any purpose, the Party seeking to file such material must seek leave of the Court to file the material

1

under seal. Subject to public policy, and further court order, nothing shall be filed under seal and the Court shall not be required to take any action, without separate prior order by the Judge before whom the hearing or proceeding will take place, after application by the affected party with appropriate notice to opposing COUNSEL. If the Court grants a Party permission to file an item under seal, a duplicate disclosing all non-confidential information, if any, shall be filed and made part of the public record. The item may be redacted to eliminate confidential material from the document. The document shall be titled to show that it corresponds to an item filed under seal, e.g., 'Redacted Copy of Sealed Declaration of John Smith in Support of Motion for Summary Judgment.' The sealed and redacted documents shall be filed simultaneously. To the extent that any Confidential Information is filed with the Clerk of Court or with the Court, it shall be filed in accordance with the Local Rules and guidelines set forth by the Court. No document may be filed under seal, i.e., closed to inspection by the public except pursuant to a Court order that authorizes the sealing of the particular document, or portions of it. A sealing order may issue only upon a showing that the information is privileged or protectable under the law. The request must be narrowly tailored to seek sealing only of the confidential or privileged material. To file a document under seal, the parties must comply with the procedures explained in Section II.j of the Electronic Case Filing Administrative Policies and Procedures Manual for the United States District Court for the Southern District of California and Civil Local Rule 79.2. **In addition, in accordance with Judge Major's preferences, a party must file a 'public' version of any document that it seeks to file under seal. In the public version, the party may redact only that information that is deemed 'Confidential.' The party should file the redacted document(s) simultaneously with a joint motion or ex parte**

2

application requesting that the confidential portions of the document(s) be filed under seal and setting forth good cause for the request."

**IT IS SO ORDERED**.

Dated: 8/28/2018

*Barbara L. Major*
Hon. Barbara L. Major
United States Magistrate Judge