# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROBIOTIC HEALTH FOODS, INC., <br> Plaintiff, <br> vs. <br> NANA JOES, LLC, <br> Defendant. | CASE NO. 18cv164-LAB (BLM) <br><br> **ORDER GRANTING JOINT DISMISSAL** **[Dkt. 33]** |

The parties' joint motion to dismiss is **GRANTED**. Dkt. 33. This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees. FRCP 41(a). The clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: April 19, 2019

*Larry A. Burns*
**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge